Pasquale Raimondi, Appellee, v. Ziffrin Truck Lines and Dave Cave, Defendants. Ziffrin Truck Lines, Appellant.

Gen. No. 43,542.

opinion
filed November 19, 1946; released for publication December 3, 1946.
Barrett, Barrett, Costello & Barrett, for appellant; James A. Dooley,
for appellee. Opinion by JUSTICE SCANLAN. Not to be published in
full.